UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Luis Maldonado-Maldonado ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08mj1198 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, **JAN M. ADLER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Emigdia Gonzalez-Valencia

DATED: 4/24/08

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _____
         DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by

Deputy Clerk